Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON TUNKETT<br><br>        Plaintiff,<br><br>v.<br><br>GRAND CARIBBEAN CRUISES, INC., et. al.<br><br>        Defendants. | Case No.: 3:19-cv-02146-EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

    The Plaintiff, Jason Tunkett, and Defendant, Grand Caribbean Cruises, Inc., by and through their respective attorneys, and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action against all Defendants, including those who have not appeared in this action, with prejudice, with each side bearing its own costs and attorney's fees. This Stipulation for Dismissal disposes of the entire action.

    Dated: October 1, 2019                  Respectfully submitted,

                                              By: /s/ Mark L. Javitch     .
                                              Mark L. Javitch (CA SBN 323729)
                                              Javitch Law Office
                                              480 S. Ellsworth Ave.

| | |
|---|---|
| | San Mateo, CA 94401 |
| | Telephone: 650-781-8000 |
| | Facsimile: 650-648-0705 |
| | mark@javitchlawoffice.com |
| | *Attorney for Plaintiff* |
| Dated: October 1, 2019 | By: /s/ Jeffrey A. Backman          . |
| | Greenspoon Marder |
| | Jeffrey A. Backman, Esq. |
| | 200 East Broward Boulevard |
| | Suite 1800 |
| | Fort Lauderdale, FL 33301 |
| | *Attorney for Defendant* |

**GRANTED**

/s/ Edward M. Chen
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: 10/15/2019